Ivan Rene Moore
1236 Redondo Blvd
Los Angeles, California 90019
July 13th, 2023
(323) 932-9439

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 17 2023

FILED _____
DOCKETED _____
DATE    INITIAL

UNITED STATES 9TH CIRCUIT COURT OF APPEAL
THE JAMES R. BROWNING COURTHOUSE
95 7TH STREET SAN FRANCISCO, CA 94103

**Re: Moore v Martin Bragg Case #22-55914, 22-55811 and 22-55771**

Dear 9th Circuit Clerk Court of Appeal

On June 26th, 2023, I received a letter from the clerk's office stating that I should file a motion to file a supplement brief or to augment the record on appeal in the various cases. Case numbers **22-55914, 22-55811** and **22-55771. (See Exhibit A-B-C)**

On July 3rd, 2023, as ordered by the Court via US postal tracking number **9505 5066 6491 3148 5540 66**. I mailed 3 motions in each case, case# **22-55811 #22-55914** and **22-55771** to this Horornable Court. **(See Exhibit D)**

Yesterday I checked the Case Summary and I see that only one of the motions was listed on the case summary as received case **#22-55811**. All the other motions in case **#22-55914** and **22-55771** are not listed on the case summary. Today I spoke with Allison in your office regarding this matter and she also did not see the filed motion is the cases**#22-55914** and **22-55771**, she recommended a solution to this issue.

For the record I sent all the motions on **7/3/2023** expected delivery on **7/6/2023** in the various cases in the very same envelope US tracking number **9505 5066 6491 3148 5540 66**, the postal office record shows that it was received at the United States Court of Appeal for the 9th Circuit on or about 7/6/2023.

I am sending with this letter duplicate copies of the motions in case **#22-55914, 22-55771** that were sent via US mail on July 3rd, 2023, and received on or about 7/6/2023. Please file these motions for supplemental brief in cases **#22-55914** and **22-55771. (See Exhibit E/F)**

If you have any questions, please do not hesitate and feel free to email me at moore140@hotmail.com or call me at (323) 932-9439

Best Regards

*Ivan Rene Moore*
Appellant



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

June 26, 2023

**To:** Ivan Rene Moore

**From:** Molly C. Dwyer, Clerk of Court

**Re:** Receipt of a Deficient Brief of Appellant on 06/26/2023

USCA No. 22-55914

In re: Kimberly Martin-Bragg, et al v. Ivan Rene Moore, et al

The referenced brief cannot be filed for the following reason(s):

- Motion to file supplemental brief required: Supplemental briefs may only be filed with the Court's permission. *See* Fed. R. App. P. 28. ***Within 14 days from the date of this notice, please file a motion to file a supplemental brief.*** If you do not file a timely motion within 14 days of this notice, the supplemental brief will be stricken from the docket and the case will proceed on the basis of the previously filed brief(s).

The following action has been taken with respect to the brief received by the Court:

- ***The deficiency by appellant is judged to be serious. We cannot file your brief.***



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

June 26, 2023

**To:** Ivan Rene Moore

**From:** Molly C. Dwyer, Clerk of Court

**Re:** Receipt of a Deficient Brief of Appellant on 06/26/2023

USCA No. 22-55771     In re: Kimberly Martin-Bragg, et al v. Ivan Rene Moore

The referenced brief cannot be filed for the following reason(s):

- Motion to file supplemental brief required: Supplemental briefs may only be filed with the Court's permission. *See* Fed. R. App. P. 28. ***Within 14 days from the date of this notice, please file a motion to file a supplemental brief.*** If you do not file a timely motion within 14 days of this notice, the supplemental brief will be stricken from the docket and the case will proceed on the basis of the previously filed brief(s).

The following action has been taken with respect to the brief received by the Court:

- ***The deficiency by appellant is judged to be serious. We cannot file your brief.***



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

June 26, 2023

| | |
|---|---|
| **To:** | Ivan Rene Moore |
| **From:** | Molly C. Dwyer, Clerk of Court |
| **Re:** | Receipt of a Deficient Brief of Appellant on 06/26/2023 |
| | USCA No. 22-55811    In re: Kimberly Martin-Bragg, et al v. Ivan Rene Moore |

The referenced brief cannot be filed for the following reason(s):

- Motion to file supplemental brief required: Supplemental briefs may only be filed with the Court's permission. *See* Fed. R. App. P. 28. ***Within 14 days from the date of this notice, please file a motion to file a supplemental brief.*** If you do not file a timely motion within 14 days of this notice, the supplemental brief will be stricken from the docket and the case will proceed on the basis of the previously filed brief(s).

The following action has been taken with respect to the brief received by the Court:

- ***The deficiency by appellant is judged to be serious. We cannot file your brief.***

