George Barbour
6150 Shenandoah Avenue
Los Angeles, California 90056
Telephone (310) 418-9477

August 22, 2023

RECEIVED
MOLLY C. DWYER, CLERK
U.S COURT OF APPEALS

AUG 25 2023

FILED _____
DOCKETED _____
　　　　　DATE　　　　INITIAL

Molly C. Dwyer
Clerk of the Court
James R. Browning Courthouse
U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

Re: *Ivan Rene Moore v. Wells Fargo Bank, N.A.*
9th Circuit Case No. 23-55363
U.S. District Court case no. 2:17-cv-04828-ODW-GJS

Dear Clerk of the Court:

I have received a copy of an Order filed August 8, 2023 in the referenced matter addressed to me requesting that I file an answering brief or otherwise respond to an opening brief filed in the referenced matter. I am surprised to have received this letter for multiple reasons as follows:

1. I was a party to the original U.S. District Court case number 2:17-cv-04828-ODW-GJS, among many others filed by Moore. It was my understanding that the case was closed some time ago;
2. I value the vexatious litigant order because Moore keeps suing me and others, raising the same issues again and again;
3. The State Court was first to find Moore to be vexatious. Then, the District Court. Most recently, the Bankruptcy Court found him to be vexatious (copy of order enclosed);
4. There are at least six (6) other cases filed by Moore currently pending in the Ninth Circuit:

    a. 22-55771
    b. 22-55811
    c. 22-55914
    d. 23-55102
    e. 23-55253
    f. 23-55456

    These cases involve the same issues that were the subject of the District Court case (and many of his cases in the State Court);

5. I beg this court to consolidate all the appeals so that it can see what Moore is doing, and to

then deem him to be a vexatious litigant in this court;

6. I received no notice of the motion to set aside the order, and thus did not file anything in the District Court;
7. I have not received a copy of a notice of appeal, a brief, or any other documents or papers regarding U.S. Court of Appeals for the Ninth Circuit case number 23-55363; and
8. I do not have the ability to file a brief on an issue in a few days, especially given that I did not get a chance to deal with this issue in the District Court.

If my individual rights may be affected negatively in some way resulting from the appeal, then I believe I should be properly served with all relevant documents, including the original order which is being appealed and any documents filed with the Ninth Circuit. I also believe that if, after reviewing any such documents, it appears that it would be in my best interest to file a responding brief, that I should be granted an extension of time to do so.

Thank you for your attention to this matter.

Sincerely,

George Barbour

/gb

Enclosure

STEVEN A. SCHUMAN, SBN. 142834
LEONARD, DICKER & SCHREIBER LLP
10940 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024-3963
Phone:  (310) 551-1987
Fax:    (310) 277-8050
Email:  sschuman@ldslaw.com

PETER M. LIVELY, SBN 162686
ILYA B. VOLK, SBN 272407
LAW OFFICE OF PETER M. LIVELY
11268 Washington Boulevard, Suite 203
Culver City, California 90230-4647
Telephone: (310) 391-2400
Peter@PeterMLively.com

Attorneys for Debtor

**FILED & ENTERED**

AUG 24 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>KIMBERLY BARBOUR<br><br>                                          Debtor. | Case No. 2:16-bk-22878-BR<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR PRE-FILING ORDER, INJUNCTIVE RELIEF AND DESIGNATING CREDITOR IVAN RENE MOORE AS A VEXATIOUS LITIGANT**<br><br>Date:  August 2, 2022<br>Time: 10:00 AM<br>Ctrm:  1668 by zoomgov.com<br>255 East Temple Street<br>Los Angeles, CA 90012 |
|---|---|

The Court conducted a hearing on August 2, 2022 at 10:00 AM of the above-entitled Court regarding Debtor's Motion for Pre-Filing Order, Injunctive Relief and Designation of Creditor Ivan Rene Moore as a Vexatious Litigant ("Debtor's Motion"). Ilya B. Volk appeared for the Debtor

and Ivan Rene Moore appeared *in propia persona*.

For all of the reasons set forth in the "Findings Of Fact And Conclusions Of Law Regarding Debtor's Motion For Pre-Filing Order, Injunctive Relief And Designating Creditor Ivan Rene Moore As A Vexatious Litigant" filed contemporaneously herewith,

IT IS HEREBY ORDERED that:

1. Debtor's Motion is granted;

2. Ivan Rene Moore is hereby declared to be a vexatious litigant;

3. A Pre-Filing requirement is hereby imposed upon Ivan Rene Moore requiring him to seek leave of court before filing any action against Debtor KIMBERLY BARBOUR, her spouse, agents or attorneys;

4. The clerk of this court shall not accept for filing by or on behalf of Ivan Rene Moore any pleading that commences any new contested matter or adversary proceeding against Debtor KIMBERLY BARBOUR, her spouse, agents or attorneys, unless and until Moore first receives leave to file such pleadings and posts a security bond in the amount of $100,000 with the Court; and

5. Ivan Rene Moore is ordered to submit a copy of this Pre-Filing Order with any case-initiating pleading he proffers to this Court.

IT IS SO ORDERED.

\#\#\#\#\#

Date: August 24, 2022

*/s/ Barry Russell*

Barry Russell
United States Bankruptcy Judge